NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

FRANK SILVA ROQUE, *Petitioner*.

No. 1 CA-CR 14-0729 PRPC
FILED 11-15-2016

Petition for Review from the Superior Court in Maricopa County
No. CR 2001-095385
The Honorable Mark F. Aceto, Retired Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Frank Silva Roque, Buckeye
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones delivered the decision of the Court, in which Judge Randall M. Howe and Judge Donn Kessler joined.

**J O N E S**, Judge:

**¶1**    Petitioner Frank Silva Roque petitions this court for review from the summary dismissal of the latest of his many successive notices of post-conviction relief.  We deny relief because the claims Roque presents for review are claims he raised in his previous post-conviction relief proceeding.[1]   Roque also concedes his appellate counsel raised the underlying claims regarding the State's failure to disclose and prosecutorial misconduct on direct appeal in 2006.  Any claim a defendant raised or could have raised on direct appeal or in an earlier post-conviction relief proceeding is precluded.  *See* Ariz. R. Crim. P. 32.2(a).  None of the exceptions under Rule 32.2(b) apply.

**¶2**    We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA

---

[1]    While this is not one of the grounds upon which the trial court dismissed the petition, we may affirm a result on any basis supported by the record. *State v. Robinson,* 153 Ariz. 191, 199 (1987) (citation omitted).